UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-62373-CIV-MORENO

VPR BRANDS, LP,

    Plaintiff,

vs.

SHENZEN iMIRACLE TECHNOLOGY CO. LTD., *et al.*

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, recuses himself as a Senior Judge, who has elected not to take patent cases. *See* 28 U.S.C. § 294(b) (stating that a senior judge may "perform judicial duties as he is willing and able to undertake."). The Court refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Court's Internal Operating Procedures.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of December 2022.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

In accordance with Internal Operating Procedure 2.16.00 for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of the United States District Judge Raag Singhal.

Copies of this Order shall be served on all parties of record by the United States Mail. All documents for filing in this case shall carry the following case number and designation: 0:22-cv-6237-AHS

By Order of the Court dated this  21st   of December 2022.

                                                    ANGELA E. NOBLE
                                                    Clerk of Court

                                                    *John M. Ditullio*
                                                    by: Deputy Clerk

Copies provided to:
Counsel of Record