UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| VPR BRANDS, LP, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>SHENZHEN IMIRACLE TECHNOLOGY )<br>CO., LTD., YLSN DISTRIBUTION LLC, )<br>ECTO WORLD LLC, SAFA GOODS LLC, )<br>D&A DISTRIBUTION LLC, UNISHOW )<br>(U.S.A.), INC., SV3 LLC, and KINGDOM )<br>VAPOR INC., )<br>)<br>  Defendants. )<br>_____) | Case No. 0:22-cv-62373 |

**DEFENDANTS' NOTICE OF CONSENT TO TRANSFER AND CONSOLIDATION**

Defendants hereby give notice that they CONSENT to reassignment and consolidation of this matter, *VPR Brands, LP v. Shenzhen iMiracle Technology Co., Ltd., et al.*, Case No. 0:22-cv-62373-RS, with the earlier filed case, *VPR Brands, LP v. Shenzhen Weiboli Technology Co. Ltd., et al.*, Case No. 9:22-cv-81576-AMC, as requested in Plaintiff's Motion to Transfer Higher Numbered Case 0:22-cv-62373 to Join Earlier Filed Case 9:22-cv-81576 and to Consolidate Cases on Transfer (ECF No. 46).

Dated: May 2, 2023    MCDOWELL HETHERINGTON LLP
Attorneys for Defendants
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax

By:   s/Tucker C. Motta
  TUCKER C. MOTTA, ESQ.
  Fla. Bar No. 112659
  tucker.motta@mhllp.com

Eric N. Heyer (admitted *pro hac vice*)
Meixuan (Michelle) Li (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Krupa A. Patel (*pro hac vice* forthcoming)
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com
michelle.li@thompsonhine.com
joe.smith@thompsonhine.com
anna.stressenger@thompsonhine.com
krupa.patel@thompsonhine.com

Carrie A. Shufflebarger (admitted *pro hac vice*)
Jesse L. Jenike-Godshalk (admitted *pro hac vice*)
THOMPSON HINE LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45202
Phone: 513.352.6700
Fax: 513.241.4771
carrie.shufflebarger@thompsonhine.com
jesse.jenike-godshalk@thompsonhine.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Joel B. Rothman, Esq.
>SRIPLAW, P.A.
>21301 Powerline Road, Suite 100
>Boca Raton, FL 33433
>joel.rothman@sriplaw.com
>
>*Counsel for Plaintiff*
>
>          s/Tucker C. Motta
>          Tucker C. Motta